| | |
|---|---|
| 1 | SPENCER P. HUGRET (SBN: 240424) |
| 2 | shugret@grsm.com<br>KATHERINE P. VILCHEZ (SBN: 212179) |
| 3 | kvilchez@grsm.com |
| 4 | TRINA M. CLAYTON (SBN: 204215)<br>tclayton@grsm.com |
| 5 | GORDON REES SCULLY MANSUKHANI, LLP<br>315 Pacific Avenue |
| 6 | San Francisco, CA 94111<br>Telephone: (415) 986-5900 |
| 7 | Facsimile: (415) 986-8054 |
| 8 | Attorneys for Defendant<br>FORD MOTOR COMPANY |

CHAD A. DAVID (SBN: 327293)
chad@lemonbuyback.com
LAW OFFICES OF JON JACOBS
One Ridgegate Dr., Suite 245
Temecula, CA 92590
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
Attorneys for Plaintiff
NICKOLAY MAMCHITS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAY MAMCHITS,<br><br>             Plaintiff,<br>   vs.<br><br>FORD MOTOR COMPANY; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No.: 2:23-cv-00805-DAD-AC<br><br>District Judge: Hon. Dale A. Drozd<br>Magistrate Judge: Hon. Allison Claire<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY AND EXPERT DEADLINES OR ALTERNATIVELY CONTINUE THE TRIAL AND PRETRIAL DATES**<br><br>State Comp. Filed: February 28, 2023<br>Removed: April 28, 2023<br>Trial Date: June 2, 2025 |

**HAVING CONSIDERD THE PARTIES' JOINT STIPULATION TO CONTINUE THE DISCOVERY AND EXPERT DEADLINES OR ALTERNATIVELY CONTINUE THE TRIAL AND PRETRIAL DATES:**

It is hereby ordered that the dates set forth in the Court's November 8, 2023, Scheduling Order are vacated, and the discovery dates/trial and related dates are continued three months as set forth in the discovery date continuance/trial and related date continuance schedule below:

| Event | Current Dates | Proposed New Dates for 3 Month Discovery Date Continuance | Proposed New Dates for 3 Month **Trial & Related Date** Continuance |
|---|---|---|---|
| Close of Fact Discovery | July 1, 2024 | September 29, 2024 | September 29, 2024 |
| Exchange of Opening Expert Reports | July 8, 2024 | October 6, 2024 | October 6, 2024 |
| Exchange of Rebuttal Expert Reports | July 29, 2024 | October 27, 2024 | October 27, 2024 |
| Close of Expert Discovery | August 12, 2024 | November 10, 2024 | November 10, 2024 |
| Dispositive Motion Hearing Deadline | October 14, 2024, at 1:30 p.m. | January 12, 2025, at 1:30 p.m. | January 12, 2025, at 1:30 p.m. |
| Pretrial Conference | March 25, 2025, at 1:30 p.m. | March 25, 2025, at 1:30 p.m. | June 24, 2025, at 1:30 p.m. |
| Jury Trial (3-5 days) | June 2, 2025, at 9:00 a.m. | June 2, 2025, at 9:00 a.m. | September 8, 2025, at 9:00 a.m. |

It is so Ordered:

DATED: July 9, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY AND EXPERT DEADLINES OR ALTERNATIVELY CONTINUE THE TRIAL AND PRETRIAL DATES